# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| BOBBY LENARD HAUSNER, | : | CIVIL ACTION NO. |
| White County ID # 1014844, | : | 2:11-CV-00317-RWS-SSC |
|     Plaintiff, | : | |
| | : | |
|     v. | : | |
| | : | |
| LT. JARRED QUEEN, | : | PRISONER CIVIL RIGHTS |
| WHITE CNTY. SHERIFF'S OFFICE, | : | 42 U.S.C. § 1983 |
|     Defendants. | : | |

## MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION

On November 20, 2011, Plaintiff, then confined at the White County Detention Center ("WCDC"), executed a civil rights complaint, 42 U.S.C. § 1983, alleging that Lt. Queen, a WCDC officer, had denied him access to the WCDC law library. (Doc. 1 at 3-5). Plaintiff sought (1) access to the law library, (2) changes to the WCDC grievance procedure, (3) punishment for Lt. Queen, and (4) an investigation into White County procedures "for conspiracy to commit theft," but he did not seek compensation for any alleged injury. (Id. at 4, 6). On December 14, 2011, Plaintiff executed a Motion for an Injunction Granting Temporary Relief, docketed in this Court on January 13, 2012, requesting that all WCDC inmates be given access to the law library and that Lt. Queen "be removed from his position at the [WCDC] and placed in a position where he has nothing to do with the inmates." (Doc. 6 at 1, 4).

On January 26, 2011, the Court received correspondence from Lt. Queen indicating that Plaintiff had been released from the WCDC "to the custody of the Forsyth County Sheriff's Office." [Doc. 8]. "The general rule is that a prisoner's

transfer or release from a jail moots his individual claim for declaratory and injunctive relief." McKinnon v. Talladega County, 745 F.2d 1360, 1363 (11th Cir. 1984); accord Mann v. McNeil, 360 F. App'x 31, 32 (11th Cir.) (unpublished opinion), cert. denied, 131 S. Ct. 517 (2010). Therefore, because Plaintiff has been released from the WCDC, his motion and claims for injunctive relief with respect to conditions there are now moot, as is this action in its entirety.

Accordingly, it is **RECOMMENDED** that Plaintiff's complaint [Doc. 1] and Motion for an Injunction Granting Temporary Relief [Doc. 6] be **DISMISSED as moot**.

The Clerk is **DIRECTED** to withdraw the reference to the Magistrate Judge.

**SO RECOMMENDED and DIRECTED** this 8th day of February, 2012.

*Susan S. Cole*
SUSAN S. COLE
United States Magistrate Judge

AO 72A
(Rev.8/82)