# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| BOBBY LENARD HAUSNER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 2:11-CV-0317-RWS |
| LT. JARRED QUEEN and WHITE : | |
| COUNTY SHERIFF'S OFFICE, : | |
| : | |
| Defendants. : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [9] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Plaintiff's Complaint [1] and Motion for an Injunction Granting Temporary Relief [6] are **DISMISSED**, as moot. The Clerk shall close the case.

**SO ORDERED**, this   6th   day of March, 2012.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE